JOHN T. BROWN, plaintiff in error, *vs.* ROBERT M. PATTER-
SON, defendant in error.

1. Where, upon a motion for a new trial, it was agreed that the docu-
mentary evidence introduced should be used on said motion, and it
appears that said evidence was in the clerk's office, and a copy thereof
was not transmitted to this Court as a part of the record, the case will
be continued upon a suggestion of the diminution of the record. (R.)
2. The suggestion of a diminution of the record must be made under
oath, in writing, on or before the calling of the case as prescribed by
Rule IX. of this Court. This rule will be strictly enforced. (R.)

When this case was called, counsel for plaintiff in error
suggested a diminution of the record on account of the ab-
sence of a copy of the documentary evidence used on the
hearing of a motion for a new trial.

It was objected, on the part of the defendant in error, that
such defect could not be cured in the manner proposed.

It appeared that the following agreement was entered into
on the hearing of the motion for a new trial:

"We agree to the foregoing brief of the oral evidence, and
consent that the documentary evidence may be used on this
motion for a new trial."

Also, that said evidence was in the clerk's office, it being a
bill and answer in an equity cause.

The record was ordered to be completed and the case con-
tinued, the Court enunciating the principles contained in the
above head-notes.

HAWKINS & HAWKINS, for plaintiff in error.

J. A. ANSLEY; RICHARD F. LYON, for defendant.